**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

Civil Action No. 09-2294-JAR-GLR

CONNIE JO LUTES,

       Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

       Defendant.

---

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S
OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

---

To:    NCO FINANCIAL SYSTEMS, INC.
        c/o Richmond M. Enchos
        Wallace Saunders Austin Brown & Enochs Chtd..
        10111 West 87th Street
        P.O. Box 12290
        Overland Park, KS 66212

      You are hereby notified that the Plaintiff, Connie Jo Lutes, by counsel, accepts Defendant's Offer of Judgment pursuant to FED.R.CIV.P. 68 served upon the Plaintiff by the Defendant, NCO Financial Systems, Inc. and attached as Exhibit 1.

                              Respectfully submitted,
                              Connie Jo Lutes
                              By Counsel,

                              _s/ J. Mark Meinhardt_
                              J. Mark Meinhardt, #20245
                              4707 College Blvd. Ste. 100
                              Leawood, KS 66211
                              (913) 451-2113
                              Attorney for Plaintiff

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2009, I electronically filed the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

rme@wsabe.com

I hereby certify that on September 24, 2009, a copy of the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with the Defendant's Offer of Judgment attached as Exhibit 1 was faxed to 913-888-1065 and mailed via first class United States Mail, postage prepaid, to the following interested parties:

NCO FINANCIAL SYSTEMS, INC.
c/o Richmond M. Enchos
Wallace Saunders Austin Brown & Enochs Chtd..
10111 West 87th Street
P.O. Box 12290
Overland Park, KS 66212

                 s/ J. Mark Meinhardt