# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CONNIE JO LUTES,

        Plaintiff,

v.                                                   Civil Action No. 09-2294-JAR-GLR

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED**, pursuant to the offer and acceptance of judgment filed in this matter on September 24, 2009, that judgment be entered in favor of plaintiff Connie Jo Lutes against NCO Financial Systems, Inc., for statutory damages in the amount of $1,000.00, plus actual damages in the amount of $500.00, for a total damages award of $1,500.00.

**IT IS FURTHER ORDERED AND ADJUDGED**, pursuant to the offer and acceptance of judgment filed in this matter on September 24, 2009, that judgment be entered in favor of plaintiff Connie Jo Lutes against NCO Financial Systems, Inc., for attorney fees and costs in the amount of $2,000.00.

Dated: December 21, 2009

                                                          S/ Julie A. Robinson
                                                          JULIE A. ROBINSON
                                                          UNITED STATES DISTRICT JUDGE